IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**ANTONIO STRONG,**                                                                                                    **PLAINTIFF**
**ADC #155231**

v.                                Case No. 5:13-cv-00141-KGB-JJV

**L. BOSTON,** *et al.*                                                                                                **DEFENDANTS**

## ORDER

The Court has reviewed the Proposed Findings and Recommendations submitted by United States Magistrate Judge Joe J. Volpe (Dkt. No. 30). There have been no objections filed, and the time for filing objections has now passed. After a review of the Proposed Findings and Recommendations, the Court adopts them in their entirety.

It is therefore ordered that:

1.  Defendants Boston and Randell are dismissed without prejudice as defendants from this action.

2.  The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order would not be taken in good faith.

IT IS SO ORDERED this 2nd day of June, 2014.

_____
UNITED STATES DISTRICT JUDGE