IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**ANTONIO STRONG,**                                                                       **PLAINTIFF**
**ADC #155231**

**v.**                         **Case No. 5:13-cv-00141-KGB-JJV**

**L. BOSTON,** *et al.*                                                              **DEFENDANTS**

## ORDER

The Court has reviewed the Proposed Findings and Recommendations submitted by United States Magistrate Judge Joe J. Volpe (Dkt. No. 39). No objections have been filed, and the time to file objections has passed. After careful consideration, the Court concludes that the Proposed Findings and Recommendations should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

It is therefore ordered that:

1. Plaintiff Antonio Strong's complaint is dismissed without prejudice (Dkt. No. 2).

2. All pending motions are denied as moot.

3. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order adopting the recommendations would not be taken in good faith.

IT IS SO ORDERED this 14th day of August, 2014.

*Kristine G. Baker*
Kristine G. Baker
United States District Judge