IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**ANTONIO STRONG,**                                                                                           **PLAINTIFF**
**ADC #155231**

v.                              Case No. 5:13-cv-00141-KGB-JJV

**L. BOSTON,** *et al.*                                                                                       **DEFENDANTS**

## JUDGMENT

Consistent with the Order that was entered on this day, it is considered, ordered, and adjudged that this case is dismissed without prejudice. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal would not be taken in good faith

DATED this 14th day of August, 2014.

_____
Kristine G. Baker
United States District Judge